Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
GLORIA PAVLOVICH

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLORIA PAVLOVICH,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Defendant. | Case No. 3:17-cv-02136-L-WVG<br><br>**MOTION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff GLORIA PAVLOVICH moves the Court to dismiss all Defendants from the above entitled action, with prejudice. The case has been settled. Each party to bear their on attorneys' fees and costs.

Respectfully submitted,

DATED:   December 20, 2017        **MASHIRI LAW FIRM**
                                  A Professional Corporation

                                  By: /s/ Alex Asil Mashiri
                                  Alex Asil Mashiri
                                  Attorney for Plaintiff,
                                  GLORIA PAVLOVICH