**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLORIA PAVLOVICH,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Defendant. | Case No. 3:17-cv-02136-L-WVG<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pending before the Court is Plaintiff GLORIA PAVLOVICH's motion to dismiss the entire case with prejudice.  Having read the moving papers, and good cause appearing, the court **GRANTS** the motion, and **DISMISSES WITH PREJUDICE** the entire case.

**IT IS SO ORDERED.**

Dated: February 1, 2018

_____
Hon. M. James Lorenz
United States District Judge

ORDER